## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BURLAP AND BARREL, INC.; *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>JAMIESON GREER, in his official capacity as United States Trade Representative, *et al.*,<br><br>       *Defendants*. | Court No. 1:26-cv-03345 |
| LEARNING RESOURCES, INC.; *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>       *Defendants*. | Court No. 1:26-cv-03347 |
| THE STATE OF OREGON; *et al.*,<br><br>       *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>       *Defendants*. | Court No. 1:26-cv-03467 |

## ORDER

This matter is before the Court on the Joint Motion for a Scheduling Order filed by all parties in the above referenced cases ("Joint Motion"). Upon consideration of the Joint Motion and all other pertinent papers, and good cause having been shown, it is hereby

1

Court Nos. 26-03345, 26-03347, 26-03467

**ORDERED** that the Joint Motion is **GRANTED**.

It is further **ORDERED** that briefing shall proceed in accordance with the schedule set forth below:

| FILING | DEADLINE | WORD LIMIT |
|---|---|---|
| 1. Index of the agency record. | August 10, 2026 | N/A |
| 2. Plaintiffs' respective Rule 56.1 motions for judgment on the record. | August 14, 2026 | 14,000 each |
| 3. Defendants' consolidated response to plaintiffs' Rule 56.1 motions. | September 15, 2026 | 30,000 |
| 4. Plaintiffs' respective reply briefs in support of their Rule 56.1 motions. | September 29, 2026 | 7,000 each |
| 5. Plaintiffs' joint appendix. | October 2, 2026 | N/A |

It is further **ORDERED** that an in-person hearing for oral argument on the Rule 56.1 motions for judgment is scheduled for _____, at _____AM EDT in the _____courtroom at the U.S. Court of International Trade.

**SO ORDERED**.

_____
JUDGE

Dated: _____
New York, New York

2

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| BURLAP AND BARREL, INC.; *et al.*, <br><br>            *Plaintiffs*, <br><br> v. <br><br> JAMIESON GREER, in his official capacity as United States Trade Representative, *et al.*, <br><br>            *Defendants*. | Court No. 1:26-cv-03345 |
| LEARNING RESOURCES, INC.; *et al.*, <br><br>            *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br>            *Defendants*. | Court No. 1:26-cv-03347 |
| THE STATE OF OREGON; *et al.*, <br><br>            *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br>            *Defendants*. | Court No. 1:26-cv-03467 |

**JOINT MOTION FOR SCHEDULING ORDER**

This motion is filed on behalf of all parties in the above-referenced cases.

Plaintiffs in all three of the above-referenced cases challenge Section 301 tariffs imposed pursuant to the same final determination by the United States Trade Representative (USTR) based

upon the same agency record.  *See Notice of Actions in Section 301 Investigations of Acts, Policies, and Procedures of Various Economies Related to the Failure of Each Economy to Impose and Effectively Enforce a Prohibition on the Importation of Goods Produced with Forced Labor* (July 23, 2026) (the "Final Determination").

Plaintiffs in case Nos. 26-3345 and 26-3347 allege that they are businesses affected by the challenged tariffs, *see* Learning Resources Complaint 4-5, Burlap & Barrel Complaint 19, 21, and that they will face immediate hardship.  These plaintiffs also state that so long as the challenged tariffs remain in place, they will be required to pay the imposed duties in the normal course of their business, costing them millions of dollars per year.  These plaintiffs further state that they will be required to adjust their supply chains and business plans to avoid paying the challenged tariffs wherever possible.  Meanwhile, these plaintiffs state that their challenges raise questions of law based on publicly available information and the administrative record, and they do not expect discovery will be needed to fully adjudicate the claims at issue.  To avoid the need for preliminary injunction proceedings and in the interest of streamlining this complex litigation, all parties respectfully request that the Court establish the following briefing schedule and schedule a hearing for oral argument at the earliest available date:

Aug. 10, 2026:      USTR shall file an index of the agency record, pursuant to CIT Rule 73.3(b) with the stipulation of all parties that a joint appendix will be filed after the close of briefing in lieu of filing the entire agency record.

Aug. 14, 2026:      Plaintiffs' respective Rule 56.1 motions for judgment on the record.[1]

Sept. 15, 2026:      Defendants' consolidated response to plaintiffs' Rule 56.1 motions.

Sep. 29, 2026:      Plaintiffs' respective reply briefs in support of their Rule 56.1 motions.

Oct. 2, 2026:      Plaintiffs shall file the joint appendix.

---

[1] Plaintiffs in each of these three cases anticipate filing three separate briefs.

Oct. __, 2026:        Oral argument.

Finally, the parties agree on the word limits set forth in the proposed order, which generally are consistent with those set forth in this Court's Standard Chambers Procedures.  Defendants state that their agreement to the proposed 30,000 word limit for their consolidated response brief is predicated upon an understanding that there will be significant overlap in the arguments presented by plaintiffs in three separate Rule 56.1 motions (totaling up to 42,000 words), but defendants reserve the right to request an adjustment, if necessary, closer to the time of any need.

In email correspondence with the undersigned counsel of record for defendants:  (1) on July 31, 2026, counsel for the private plaintiffs in case No. 26-3347, James Tysse, indicated that all plaintiffs in case Nos. 26-3345 and 26-3347 join in this motion; and (2) on August 3, 2026, counsel for the State of Oregon, Brian Marshall, represented that all the State plaintiffs in case No. 26-3467 join in this motion.

## CONCLUSION

For these reasons, plaintiffs and defendants respectfully request that the Court grant this joint motion for good cause shown.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge

3

                     <u>s/ Douglas G. Edelschick</u>
DOUGLAS G. EDELSCHICK
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 353-9303
Email: Douglas.Edelschick@usdoj.gov

August 4, 2026                    *Attorneys for Defendants*