**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| BURLAP AND BARREL, INC.; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JAMIESON GREER, in his official capacity as United States Trade Representative, *et al.*, <br><br> *Defendants*. | Court No. 1:26-cv-03345 |
| LEARNING RESOURCES, INC.; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*. | Court No. 1:26-cv-03347 |
| THE STATE OF OREGON; *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Court No. 1:26-cv-03467 |

<u>**ORDER**</u>

This matter is before the Court on the Unopposed Motion for a Case Management Order filed by all defendants in the above-referenced cases. Upon consideration of the motion and all other pertinent papers, and good cause having been shown, it is hereby

1

Court Nos. 26-03345, 26-03347, 26-03467

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that case Nos. 26-03345 is hereby designated as the master case for this litigation, and that the parties in case Nos. 26-03347 and 26-03467 shall file documents in the master case. When documents are docketed and filed in the master case, they shall be deemed to have been docketed and filed in each individual case to the extent applicable and will not ordinarily be separately docketed or physically filed in such individual cases. The cases shall otherwise proceed without formal consolidation.

It is further **ORDERED** that briefing shall proceed in accordance with the Court's separate briefing schedule order with coordinated briefing and oral argument.

**SO ORDERED**.

_____
JUDGE

Dated: _____
     New York, New York

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| BURLAP AND BARREL, INC.; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JAMIESON GREER, in his official capacity as United States Trade Representative, *et al.*,<br><br>              *Defendants*. | Court No. 1:26-cv-03345 |
| LEARNING RESOURCES, INC.; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>              *Defendants*. | Court No. 1:26-cv-03347 |
| THE STATE OF OREGON; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>              *Defendants*. | Court No. 1:26-cv-03467 |

**DEFENDANTS' UNOPPOSED MOTION FOR CASE MANAGEMENT ORDER**

This motion is filed on behalf of all defendants in the above-referenced cases.

Plaintiffs in all three of the above-referenced cases challenge Section 301 tariffs imposed

pursuant to the same final determination by the United States Trade Representative (USTR)

based upon the same agency record. *See Notice of Actions in Section 301 Investigations of Acts, Policies, and Procedures of Various Economies Related to the Failure of Each Economy to Impose and Effectively Enforce a Prohibition on the Importation of Goods Produced with Forced Labor* (July 23, 2026) (the "Final Determination"). Pursuant to U.S. Court of International Trade Rule 42(a)(3), defendants respectfully request that the Court direct that all filings in the above-referenced cases shall be made in a designated master case, with coordinated briefing and oral argument on the same schedule, without formal consolidation. Defendants respectfully submit that this procedure will promote judicial economy, conserve public and private resources, and promote efficient case management. A similar procedure was used for case management in prior litigation concerning Section 301 tariffs to reduce the time and expense of duplicate filings of documents. *See In re Section 301 Cases*, Court No. 21-cv-00052-3JP, Standard Procedure Order No. 21-01, Feb. 10, 2021, ECF No. 1.

In email correspondence with the undersigned counsel of record for defendants: (1) on July 31, 2026, counsel for the private plaintiffs in case No. 26-3347, James Tysse, indicated that all plaintiffs in case Nos. 26-3345 and 26-3347 do not oppose this motion; and (2) on August 3, 2026, counsel for the State of Oregon, Brian Marshall, represented that all the State plaintiffs in case No. 26-3467 do not oppose this motion.

For these reasons and for good cause shown, defendants respectfully request that the Court grant this unopposed motion for a case management order.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

2

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

JUSTIN R. MILLER
Attorney-In-Charge

 s/ Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.:  (202) 353-9303
Email:  Douglas.Edelschick@usdoj.gov

August 4, 2026                    *Attorneys for Defendants*

3