# UNITED STATES COURT OF INTERNATIONAL TRADE

LEARNING RESOURCES, INC.; HAND2MIND, INC.; HMTX INDUSTRIES LLC; HALSTEAD NEW ENGLAND CORPORATION; METROFLOR CORPORATION; SHANNON SPECIALTY FLOORS LLC; AND SHOPHMTX LLC,

          Plaintiffs,

          v.

THE UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; JAMIESON GREER, in his official capacity as United States Trade Representative,

          Defendants.

**Court No. 26-03347**

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to a three-judge panel consisting of Judge Jennifer Choe-Groves, Judge Timothy M. Reif, and Judge Lisa W. Wang.

              /s/ Mark A. Barnett
              Mark A. Barnett
              Chief Judge

Dated: August 5, 2026